UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

VS.                                       CASE NO. 4:17CR00293-46BSM

JAMES SCOTT OLIVER                                                                          DEFENDANT

## NOTICE TO APPEAL FILED *IN FORMA PAUPERIS*

Comes now Defendant, James Scott Oliver, by and through his attorney, Laura L. Calhoun, and hereby gives notice of his intent to appeal to the Eighth Circuit Court of Appeals the sentence of the U.S District Court entered herein on July 23, 2021.

Defendant entered a pleas of guilty to RICO Conspiracy, in violation of 18 USC, Section 1962(d), and Conspiracy to Distribute and Possess with Intent to Distribute at least 500 grams of Methamphetamine in violation of 21 USC 846 and 841(b)(1)(A). At a sentencing hearing held on July 23, 2021, Defendant received a sentence of 327 months imprisonment in the United States Bureau of Prison, five (5) years supervised release; and a special assessment in the amount $200.00. The Judgement and Commitment was filed herein on July 28, 2021.

Defendant has been represented by appointed counsel and has been incarcerated since his arrest, as such, he asserts that he has no resources to pay for counsel for the purpose of appeal. He therefore moves that he be declared indigent, and that counsel be appointed to him for the purposes of appeal.

Respectfully submitted,

James Scott Oliver, Defendant


Laura L. Calhoun
Laura L. Calhoun (2011134)
711 West 3rd St.
Little Rock, Arkansas 72201
501-404-4874
laura@hcglawoffice.com

## CERTIFICATE OF SERVICE

      I, Laura L. Calhoun, do hereby certify that undersigned counsel has been served via electronic filing on this 2nd day of August, 2021, to the following:

Liza Brown
Assistant U.S. Attorney

                                                    Laura L. Calhoun