IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              CASE NO. 4:17-CR-000293-BSM

JAMES SCOTT OLIVER                                                               DEFENDANT

ORDER

James Oliver's motion for leave to appeal *in forma pauperis* [Doc. No. 2169] is granted. Criminal Justice Act (CJA) panel member Laura L. Calhoun is appointed to continue representing Oliver on appeal. The clerk is directed to forward a CJA 20 voucher and a copy of this order to Ms. Calhoun.

IT IS SO ORDERED this 12th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE