U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 8/12/2021

**Caption:** USA v. Oliver

**Case No.:** 4:17-cr-00293-46-BSM

**Appellant:** James Scott Oliver

**Appellant's Attorney(s):** Laura Lensing Calhoun

**Appellees:** USA

**Appellee's Attorney(s):** Liza Brown, Kristin Bryant, Stephanie Mazzanti

**Court Reporter(s):** Suzanne McKennon

**Name of Person who prepared appeal:** Forrest Dunn, Deputy Clerk (501-604-5341)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| n/a | | Y | |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Appointed | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Y

**Where?** In transit
**Address of Defendant:**

**Please list all other defendants in this case if there were multiple defendants:**
Troy R. Loadholt, et al

**Special Comments:**