UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO. 4:17CR00293-46BSM

JAMES SCOTT OLIVER                                                    DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

Comes now the Movant, Laura L. Calhoun, counsel for Defendant, James Scott Oliver, and for her Motion to Withdraw as Counsel states as follows:

1. On or about August 12, 2021, Movant was appointed by this Honorable Court to Represent Defendant on his appeal in this matter.

2. Movant has taken a new job and accepted a state contract position and will no longer be able represent Defendant in this matter.

3. Movant stands ready to tender to Defendant, or her new counsel, all papers and property to which he is entitled.

WHEREFORE, good cause having been shown to exist, Movant requests this Court to relieve her as counsel of record for Defendant.

> Laura L. Calhoun (2011134)
> Hodge Calhoun Giattina, PLLC
> 711 West Third
> Little Rock, Arkansas 72201
> laura@hcglawoffice.com

## CERTIFICATE OF SERVICE

  I, Laura L. Calhoun, do hereby certify that I have served via electronic filing, the foregoing pleading on this 16th day of August, 2021, the following:

Liza Brown
AUSA

                   Laura L. Calhoun