UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                  **CASE NO. 4:17-CR-00293-BSM**

**JAMES SCOTT OLIVER**                               **DEFENDANT**

## ORDER

Laura L. Calhoun's motion to withdraw as counsel for James Scott Oliver [Doc. No. 2191] is granted. CJA panel member Efrem Neely is appointed to represent Oliver during his appeal. *See* Local Rule for the Eastern and Western Districts of Arkansas 83.7. Neely has 21 days to ask to withdraw.

The clerk is directed to send Neely a copy of this order and local rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

IT IS SO ORDERED this 20th day of August, 2021.

                                                          UNITED STATES DISTRICT JUDGE