# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8    **DATE:** 8/24/2021

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 21-2824

**DISTRICT COURT NO.** 4:17-cr-00293-46-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

  Volume and Date: _____
  Volume and Date: _____
  Volume and Date: _____

In Camera Documents

  Copies of Presentence Investigation Report, Statement of Reasons, [1440] Sealed Document, [1798] Plea Agreement Addendum, [1799] Sealed Document, [1920] Sealed Document

Exhibits

  Plaintiff(s) _____
  Defendant(s) _____
  Joint _____

**COMMENTS:**

***********************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
     Deputy Clerk