UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                      **CASE NO. 4:17-CR-00293-BSM**

**JAMES SCOTT OLIVER**                                                      **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

Comes the undersigned counsel for James Scott Oliver and for his Motion to Withdraw as counsel, hereby states the following:

1. Counsel was enrolled in this matter on the 20th day of August 2021.

2. Counsel has since reviewed the lengthy pleading in this matter, investigated facts, reviewed applicable laws.

3. Counsel has not had the opportunity to interview James Scott Oliver and draws no legal opinion on the meritoriousness of his claim.

4. Counsel is unable to provide adequate representation for James Scott Oliver.

5. Counsel is requesting to withdraw and that James Scott Oliver be allowed to seek other representation.

6. Counsel's request is done in good faith and done in timely manner as not to prejudice James Scott Oliver this matter.

7. Counsel has reviewed Local Rule for the Eastern and Western Districts of Arkansas 83.7 and believes it is in James Scott Oliver's best interest that Efrem B. Neely, Sr. be withdrawn as counsel.

8. This request is made in a timely manner, specifically within the 21-day time frame set out in the order dated the 20th day of August 2021.

WHEREFORE, counsel, Efrem B. Neely, Sr. prays that his Motion to Withdraw as counsel for James Scott Oliver is granted

Efrem B. Neely, Sr
AR2008047
1514 South Poplar Street
Pine Bluff, Arkansas 71601

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was efiled on the 3rd day of September 2021 and notice via was provided to all relevant parties.

Efrem B. Neely, Sr
AR2008047
1514 South Poplar Street
Pine Bluff, Arkansas 71601