# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 12/23/2022

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-3273

**DISTRICT COURT NO.** 4:17-cr-00293-46-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [2293] Sealed Transcript
Volume and Date:
Volume and Date:

In Camera Documents

Copies of sealed documents [1440], [1798], [1799], [1920], [2150], [2182], [2225], [2268], [2269], and [2431]

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

*************************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
       Deputy Clerk