# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3273
_____

James Scott Oliver, also known as Scottie

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

4:17-cr-00293-46-BSM

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00706-BSM)
_____

**JUDGMENT**

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

January 17, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans

# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 17, 2023

Mr. James Scott Oliver
FEDERAL CORRECTIONAL INSTITUTION
21867-009
P.O. Box 350
Beaver, WV  25813-0000

      RE:  22-3273  James Oliver v. United States

Dear Mr. Oliver:

      Enclosed is a copy of the dispositive order entered today in the referenced case.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

      Michael E. Gans
      Clerk of Court

CRJ

Enclosure(s)

cc:    Ms. Liza J. Brown
       Ms. Kristin Huntington Bryant
       Ms. Tammy H. Downs
       Ms. Stephanie Mazzanti

      District Court/Agency Case Number(s):   4:22-cv-00706-BSM

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, January 17, 2023 9:52 AM |
| **Subject:** | 22-3273 James Oliver v. United States "judgment filed sua sponte coa denied" (4:22-cv-00706-BSM, Lead: 4:17-cr-00293-BSM-46) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/17/2023

**Case Name:** James Oliver v. United States
**Case Number:** 22-3273
**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is denied.; Denying [5232183-2] Application for certificate of appealability filed by Appellant Mr. James Scott Oliver. RAYMOND W. GRUENDER, BOBBY E. SHEPHERD and DAVID R. STRAS Adp Jan 2023 [5236117] [22-3273] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Mr. James Scott Oliver
21867-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 350
Beaver, WV 25813-0000

The following document(s) are associated with this transaction:

**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_223273_5236117_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/17/2023] [FileNumber=5236117-0]
[ae93cd76b4dccca74bb3e26af62d152a2642638d856376dc15bac6303b474f33c56c9f38d456d4c32db19892fc5d97f92c5
17d12bc8a233fe94816983aeb3815]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. James Scott Oliver

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_223273_5236117_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/17/2023] [FileNumber=5236117-1]
[8f15cd4eed855410ff6b14152aeaa41f5057c84a72462dd625d7306b9abf0c9e06bc296eb70b19302e467639bbab1238ab
30532b6ef339c32d368ce755e2784e]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. James Scott Oliver

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5236117
**RELIEF(S) DOCKETED:**
  coa denied
  for certificate of appealability
**DOCKET PART(S) ADDED:** 7194653, 7194654, 7187195, 7194655