# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3273

James Scott Oliver, also known as Scottie

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00706-BSM)

---

**MANDATE**

In accordance with the judgment of January 17, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 21, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, March 21, 2023 8:38 AM |
| **Subject:** | 22-3273 James Oliver v. United States "Mandate Issued" (4:22-cv-00706-BSM, Lead: 4:17-cr-00293-BSM-46) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/21/2023

**Case Name:** James Oliver v. United States
**Case Number:** 22-3273
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5256994] [22-3273] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov

**Notice will be mailed to:**

Mr. James Scott Oliver
21867-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 350
Beaver, WV 25813-0000

The following document(s) are associated with this transaction:
**Document Description:** Mandate

1

**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_223273_5256994_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/21/2023] [FileNumber=5256994-0]
[ada964aa0eb6a3909fa01f59f7c042ed5f2ff04b27e1731d7ff31a83a3c6b463cda1d6c65c1e86d45e29281fbf604d8f6877c
0c84fda57391cadd141009e4c89]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Honorable Brian S. Miller, U.S. District Judge
- Mr. James Scott Oliver

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5256994
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7235437